Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant WILLIAMS

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>        vs.<br><br>RICHARD ALLEN WILLIAMS<br>aka "Steve Watley",<br><br>                Defendant. | CASE NO.: 2:25-cr-00170-GMN-BNW<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT/PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between JOSHUA BRISTER, Assistant United States Attorney, counsel for the United States of America, and LANCE A. MANINGO, of MANINGO LAW, counsel for Defendant RICHARD ALLEN WILLIAMS ("WILLIAMS"), that the Arraignment/Plea hearing currently scheduled for March 19, 2026, at 1:00 p.m. be vacated and continued to March 20, 2026, at 1:00 p.m.

This Stipulation is entered into for the following reasons:

1.      That the parties agree to continue the Arraignment/Plea hearing date one (1) day, to March 20, 2026, at 1:00 p.m., so Counsel and Defendant WILLIAMS may have additional time to discuss issues/concerns;

2.      That Defendant WILLIAMS is incarcerated and does not object to a continuance;

3.      That Assistant United States Attorney, JOSHUA BRISTER, does not object to a continuance;

1

4.     That this is the first request for a continuance of Arraignment/Plea hearing in this case; and

5.     That denial of this request for a continuance could result in a miscarriage of Justice.


RESPECTFULLY SUBMITTED this 18th day of March 2026.


By:    /s/ Lance A. Maningo                          By:    /s/ Joshua Brister
       LANCE A. MANINGO                                     JOSHUA BRISTER
       Attorney for Defendant WILLIAMS                      Attorney for Plaintiff

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

THE UNITED STATES OF AMERICA,

             Plaintiff,

vs.

RICHARD ALLEN WILLIAMS
aka "Steven Watley",

             Defendant.

CASE NO.: 2:25-cr-00170-GMN-BNW

**ORDER TO CONTINUE ARRAIGNMENT/PLEA HEARING**
(First Request)

**FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. That the parties agree to continue the Arraignment/Plea hearing date one (1) day, to March 20, 2026, at 1:00 p.m., so Counsel and Defendant WILLIAMS may have additional time to discuss issues/concerns;

2. That Defendant WILLIAMS is incarcerated and does not object to a continuance;

3. That Assistant United States Attorney, JOSHUA BRISTER, does not object to a continuance;

4. That this is the first request for a continuance of Arraignment/Plea hearing in this case; and

5. That denial of this request for a continuance could result in a miscarriage of Justice.

/ / /

/ / /

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

3

## CONCLUSIONS OF LAW

The ends of justice are served by granting the requested continuance.

## ORDER

IT IS THEREFORE ORDERED that the Arraignment/Plea hearing in this matter currently scheduled for March 19, 2026, at 1:00 p.m. be vacated and continued to March 20, 2026, at 1:00 p.m. in the above-noted Court.

DATED this _____day of March 2026

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

MANINGO LAW

By:    /s/ Lance A. Maningo
       Lance A. Maningo
       Nevada Bar No. 6405
       400 South 4th Street, Suite 650
       Las Vegas, Nevada 89101
       Attorney for Defendant WILLIAMS

4